

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **V.** § | **CASE NO. 1:12-CR-74** |
| § | |
| **JAMES GREGORY GRENINGER** § | |

### MEMORANDUM ORDER ADOPTING
### FINDINGS OF FACT AND RECOMMENDATION

The Court referred this matter to United States Magistrate Judge Keith F. Giblin, at Beaumont, Texas, for consideration of the defendant's motions to suppress pursuant to 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas. Judge Giblin held a suppression hearing and submitted findings of fact and a recommendation on the suppression issues. He recommended that the Court deny the motions to suppress.

The parties have not objected to the magistrate judge's findings. The Court accepts the findings and conclusions set forth in the report and recommendation.

The Court **ORDERS** that Judge Giblin's findings of fact and recommendation [Clerk's doc. #64] are adopted. The Court further **ORDERS** that the defendant's *Motion to Suppress Illegally Seized Evidence* [Clerk's doc. #27] and *Amended Motion to Suppress Illegally Seized Evidence* [Clerk's doc. #52] are **DENIED**.

**SIGNED** this the 7 day of **February, 2013.**

_____
Thad Heartfield
United States District Judge